No. 298, Misc.  COLLINS v. HEINZE, WARDEN, ET AL. Supreme Court of California.  Certiorari denied.

No. 299, Misc.  SADOWY v. NEW YORK.  Appellate Division of the Supreme Court of New York, Second Judicial Department.  Certiorari denied.

No. 301, Misc.  IN RE GLANCY.  Supreme Court of California.  Certiorari denied.

No. 302, Misc.  AKERS v. TEETS, WARDEN, ET AL.  Supreme Court of California.  Certiorari denied.

No. 303, Misc.  BENJAMIN v. OHIO.  Supreme Court of Ohio.  Certiorari denied.

No. 305, Misc.  McGAHAN v. ALVIS, WARDEN, ET AL. C. A. 6th Cir.  Certiorari denied.

No. 307, Misc.  CREBS v. HOFFMAN, WARDEN, ET AL. Supreme Court of Kansas.  Certiorari denied.

No. 308, Misc.  DEMPSEY v. MARTIN, WARDEN.  Supreme Court of Pennsylvania, Eastern District.  Certiorari denied.  Petitioner *pro se*.  *James N. Lafferty* and *Victor H. Blanc* for respondent.

No. 310, Misc.  SIMPSON v. NASH, WARDEN.  Supreme Court of Missouri.  Certiorari denied.

No. 313, Misc.  GRIFFITHS v. OHIO ET AL.  Court of Appeals of Ohio, Second District, Franklin County.  Certiorari denied.